**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **11-cv-00190-JLK**

**MEDIANEWS GROUP, INC.,**

      Plaintiff,

v.

**LIBERTY MUTUAL INSURANCE COMPANY**,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS AND SUBMIT DISCOVERY OBJECTIONS**

---

Plaintiff and Defendant's Stipulated Motion for Extension of Time to Respond to Discovery Requests and Submit Discovery Objections (doc. #12), filed July 5, 2011, is **GRANTED** as follows:

1. MediaNews is granted an additional thirty (30) days to respond to discovery requests and make objections thereto, up to and including August 4, 2011.

2. Liberty Mutual is granted an additional thirty (30) days to respond to discovery requests and make objections thereto, up to and including August 24, 2011.

3. The Stipulated Scheduling and Discovery Order is hereby modified as follows:

    a. The parties are granted an additional thirty (30) days to designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 10, 2011.

    b. The parties are granted an additional thirty (30) days to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 14, 2011.

DONE this 13th day of July, 2011.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court