**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00190-JLK

MEDIANEWS GROUP, INC.,

    Plaintiff,

    v.

LIBERTY MUTUAL INSURANCE COMPANY.

    Defendant.

---

**ORDER MODIFYING STIPULATED SCHEDULING AND DISCOVERY ORDER**
**REGARDING FED. R. CIV. P. 26(A)(2) DISCLOSURES**

---

    The Stipulated Motion to Modify Stipulated Scheduling and Discovery Order Regarding Fed. R. Civ. P. 26(a)(2) Disclosures (doc. #21), filed August 10, 2011, is GRANTED.  The Stipulated Scheduling and Discovery Order is modified as follows:

    a.    The parties are granted an additional thirty (30) days to make all initial expert witness disclosures and provide opposing counsel and any other pro se party with all information specified in Fed. R. Civ. P. 26(a)(2), making such disclosures due on or before September 9, 2011.

    b.    The parties are further granted an additional thirty (30) days to make rebuttal expert disclosures and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), making such disclosures due on or before October 14, 2011.

DONE this 11th day of August, 2011.

                              BY THE COURT:

-2-

                                               *s/John L. Kane*_____
                                               Hon. John L. Kane