IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-190-JLK**

**MEDIANEWS GROUP, INC.,**

  Plaintiff,

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**

  Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Joint Motion for Stay of Discovery (doc. #23), filed August 25, 2011, is **GRANTED**. Discovery is **STAYED** up to and including November 15, 2011. A Status Report on the outcome of settlement negotiations and mediation is due on or before November 15, 2011.

---

Dated: September 8, 2011