IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-190-JLK**

**MEDIANEWS GROUP, INC.,**

    Plaintiff,

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Amended Joint Motion for Stay of Discovery (doc. #25), filed September 13, 2011, is **GRANTED**. Discovery is **STAYED** up to and including December 15, 2011. A Status Report on the outcome of settlement negotiations and mediation is due on or before December 15, 2011.

---

Dated:  September 28, 2011