IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-190-JLK**

**MEDIANEWS GROUP, INC.,**

    Plaintiff,

v.

**LIBERTY MUTUAL INSURANCE COMPANY,**

    Defendant.

## ORDER

Kane, J.

This case was removed from state to federal court in January 2011, more than one year ago. After a scheduling conference attended by counsel for both parties in April 2011, a formal Scheduling Order was approved setting an October 2011 discovery cut-off date and a deadline for filing dispositive motions by November 11, 2011.

Since then, the Scheduling Order has been modified at least four times at the parties' behest. Most recently in December 2011, based on representations that the parties were engaged in "ongoing and productive" post-mediation settlement discussions, I approved the parties' request for a further stay of their "discovery obligations" through January 16, 2012, and ordered the parties to submit a further Status Report by that same date. *See* Minute Order (Doc. 30). Having heard nothing from the parties, I issued a Minute Order on January 31, 2012, directed the parties file their Status Report by

February 10.  On February 10 counsel called to say a new Scheduling Order would be filed by February 13, 2012.  This morning, counsel called to say the Order would more likely be filed by Friday, February 17th.  At this point, the parties needn't bother.

Instead, IT IS ORDERED that on or before Friday, February 17, 2012, the parties shall file the Status Report that was previously ordered together with a formal Motion to Amend the Scheduling Order under the standards applicable under Fed. R. Civ. P. 16(b)(4).  An explanation for the parties' failure to comply with the January 16, 2012, due date for a Status Report is expected, as well as the demonstration of good cause for any new set of discovery deadlines and due dates proposed.  I have extended the courtesy of this Court to the parties and counsel in acceding to the timelines and extensions they have requested, and expect this consideration to be reciprocal.  Any amended Scheduling Order should include tight deadlines with an eye to dispositive motions being filed no later than April 15, 2012.

Dated:  February 15, 2012				**s/John L. Kane**
							SENIOR U.S. DISTRICT JUDGE